AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Jonathan Wayne Valentour (AKA: "Duke")<br><br>*Defendant* | Case: 1:24-mj-00389<br>Assigned To : Judge G. Michael Harvey<br>Assign. Date : 12/26/2024<br>Description: COMPLAINT W/ARREST WARRANT |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Jonathan Wayne Valentour (AKA: "Duke"),
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) (Entering and Remaining in a Restricted Building or Grounds);
18 U.S.C. § 1752(a)(2) (Disorderly and Disruptive Conduct in a Restricted Building or Grounds);
18 U.S.C. § 1752(a)(4) (Engaging in Physical Violence in a Restricted Building or Grounds);
40 U.S.C. § 5104(e)(2)(D) (Disorderly Conduct in a Capitol Building);
40 U.S.C. § 5104(e)(2)(F) (Act of Physical Violence in the Capitol Grounds or Buildings);
18 U.S.C. 231(a)(3) (Obstruction of Law Enforcement During Civil Disorder);
18 U.S.C. § 111(a)(1) (Assaulting, Resisting, or Impeding Certain Officers).

Date: 12/26/2024

*Issuing officer's signature*

City and state: Washington, D.C.     G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 12/26/2024, and the person was arrested on *(date)* 01/06/2025
at *(city and state)* Denver, CO.

Date: 01/06/2025

*Arresting officer's signature*

Benjamin S. Harris, Special Agent, FBI
*Printed name and title*